NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILLIP ANDRE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7074

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-1109, Chief Judge William P. Greene, Jr.

---

**ON MOTION**

---

**ORDER**

Phillip Andre moves for a 45-day extension of time, until December 30, 2010, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Allison Kidd-Miller, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

NOV 2 4 2010

**JAN HORBALY**
**CLERK**